IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
|     PLAINTIFF, | : |
| | : CIVIL ACTION NO. 2:12-CV-740 |
|    -v.- | : JUDGE FROST |
| | : Magistrate Judge King |
| SIXTY-SEVEN THOUSAND SEVEN | : |
| HUNDRED THIRTY-SEVEN AND | : |
| 00/100 DOLLARS ($67,737.00) | : |
| IN UNITED STATES CURRENCY, | : |
| Et Al. | : |
| | : |
|     DEFENDANTS. | : |

## JUDGMENT AND DECREE OF FORFEITURE

On December 18, 2013, this Court issued its Opinion and Order granting Plaintiff's Motion For Summary Judgment and ordering Plaintiff to submit a proposed Order on or before December 30, 2013, to effectuate the forfeiture of the forfeited property.

NOW THEREFORE, based upon the above findings and the record in this case; it is hereby **ORDERED, ADJUDGED, AND DECREED**:

    1.    That the Defendant Currency represents proceeds or was used to facilitate one or more violations of 21 U.S.C. §841 <u>et seq.</u>, said violation being trafficking in controlled substances and is therefore forfeitable to the United States of America pursuant to 21 U.S.C. §881(a)(6); and that the Defendant Firearms and Ammunition were used or intended to be used in violation of

18 U.S.C. §922(g) and are therefore forfeitable to the United States of America pursuant to 18 U.S.C. §924(d)(1), and that the Defendants, described as:

Sixty-Seven Thousand Seven Hundred Thirty-Seven and 00/100 Dollars ($67,737.00) in United States Currency,

And,

(1) A Remington Arms Company, Inc., Model 1100, 12 gauge shotgun, SN: M007694V;

(2) An unknown manufacturer, Model 282.510840, 410 shotgun, SN: 632881;

(3) A German Sports Guns, Model GSG-5, 22 caliber rifle, SN: M261913;

(4) A Mossberg, Model 500, 20 gauge shotgun, SN: R413507;

(5) An unknown manufacturer 12 gauge shotgun, NS: 7382;

(6) A Mossberg, Model 500, 20 gauge shotgun, SN: T143537;

(7) A Winchester, Model 94 Ranger, 30-30 rifle, SN: 6093818;

(8) A Browning, Model Auto 5, 12 gauge shotgun, SN: 24710;

(9) A Mossberg, Model 346, 22 caliber rifle, SN: None;

(10) A Winchester, Model 37A, 12 gauge shotgun, SN: C843422;

(11) A Mossberg, Model 500A, 12 gauge shotgun, SN: J819938;

(12) An Iver Johnson, Model Champion, 12 gauge shotgun, SN: 75540XH;

(13) A Crescent Fire Arms Co. unknown model 12 gauge shotgun, SN: None;

(14) A Crescent Fire Arms Co. unknown model 12 gauge shotgun, SN: None;

(15) A Hopkins and Allen, Model Falling Block, 12 gauge shotgun, SN: 17351;

(16) An Armscor of the Philippines (Squires Bingham), Model 16, 22 caliber rifle, SN: A152535;

(17) An Iver Johnson, Model Champion, 12 gauge shotgun, SN: GB1B;

(18) A Crescent Fire Arms Co. unknown model 16 gauge shotgun, SN: 867975;

(19) An Iver Johnson, Model Champion, 12 gauge shotgun, SN: 25074;

(20) A Century Arms International, Model M70B1, 762 rifle, SN: M70B00002;

(21) A Marlin Firearms Co., Model 883, 22 caliber rifle, SN: 10665497;

(22) An unknown make and model 12 gauge shotgun, SN: 47455;

(23) A CBC (Companhia Braziliera De Cartuchos), Model SB, 12 gauge shotgun, SN: C1274958;

(24) A Marlin Firearms Co., Model 81, 22 caliber rifle, SN: None;

(25) An unknown make and model 7.62 rifle, SN: EP4047;

(26) A Remington Arms Company, Inc., Model 870 Express, 12 gauge shotgun, SN: W552428M;

(27) An unknown make and model 12 gauge shotgun, SN: A8L87;

(28) A Chinese, Model SKS, 762 rifle, SN: 546986;

(29) A New England Firearms, Model Handi Rifle, 243 rifle, SN: NP259492;

(30) An A.H. Fox Gun Co. Sterlingworth, Model B, 20 gauge shotgun, SN: B886192;

(31) A Taurus, Model 651, 357 caliber revolver, SN: WG15319;(32)    A Jennings Firearms, Model J22, 22 caliber pistol, SN: 611116;

(33) A Harrington and Richardson, Model 732, 32 caliber revolver, SN: AM8424;

(34) A Walther, Model P38, 9mm pistol, SN: 9902;

(35) An Fie, Model Cowboy, 22 caliber revolver, SN:  TR45004;

(36) An Fie, Model Titan Tiger, 38 caliber revolver, SN: 0502979;

(37) A Beretta USA Corp., Model 96, 9mm pistol, SN:  E78867Y;

(38) A Tanfoglio Giuseppe, Model ea, 38 caliber pistol, SN: AE18705;

(39) An unknown make and model shotgun, SN: 273189;

(40) A Davenport, W.H. Firearms Co., Model Acme model 1896, 12 gauge shotgun, SN: None;

(41) A Browning, Model M1919A4, 7.62 machine gun, SN: 430493;

(42) An unknown make and model 12 gauge shotgun, SN: None;

(43) A Kimber, Model SIS Custom, 45 caliber pistol, SN: K235523

(44) A Smith and Wesson, Model 59, 9mm pistol, SN:  A456836;

 (45) A Heckler and Koch, Model USP45, 45 caliber pistol, SN: 25-045718;

 (46) A Beretta, Model Pietro S.P.A. 92FS, 9mm pistol, SN: E07500Z;

 (47) A Taurus, Model PT145 Millennium Pro, 45 caliber pistol, SN: NYL68745; (48) A Ruger, Model P90, 45 caliber pistol, SN; 661-87160;

 (49) An Israel Weapon IND-IWI (Israel Military IND-IMI), Model Desert Eagle, 44 caliber pistol, SN: 38200329;

 (50) A Sauer, J.P. (Sauer & Sohn), Model Western Marshal, 357 pistol, SN: 3/5267;

 (51) A Colt, Model Trooper MKIII, 357 revolver, SN: J35040;

 (52) A Winchester, Model 1200, 12 gauge shotgun, SN; L735376; and,

 (53) Approximately 2,850 rounds of ammunition.

are hereby **FORFEITED** to the United States of America pursuant 21 U.S.C. §881(a)(6) and 18 U.S.C. §924(d)(1).

 2. That all other claims and interests in and to said property are forever closed and barred; that no right, title or interest in the Defendant Property shall exist in any party other than the United States of America.

3. That the United States Marshals Service / the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited property as provided by law.

IT IS SO ORDERED this 30th day of December, 2013.

_____
HONORABLE GREGORY L. FROST
UNITED STATES DISTRICT COURT JUDGE